IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

PACE INDUSTRY UNION - )
MANAGEMENT PENSION FUND )
) NO. 3-15-0163
v. ) JUDGE CAMPBELL
)
O.E. CLARK PAPER BOX CO. )

ORDER

Pending before the Court is a Report and Recommendation of the Magistrate Judge (Docket No. 30), to which no Objections have been filed. The Court has reviewed the Report and Recommendation and the file. The Report and Recommendation is adopted and approved.

Accordingly, Defendant's Motion to Compel Arbitration and to Dismiss or, in the Alternative, Stay Plaintiff's claims (Docket No. 17) is GRANTED in part and DENIED in part.

The Motion to Compel Arbitration is granted to with regard to the total withdrawal liability assessment; the Motion to Dismiss is denied; and the Motion to Stay is granted with regard to the total withdrawal liability assessment and denied as to the interim payments issue.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE